

FILED

10/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0450

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0450

_____

ILYA KHMELEV,

      Petitioner,

  v.

KYLE FOUTS, Montana State Hospital
Administrator, and ADAM MEIER, Director,
Health and Human Services,

      Respondents.

FILED

OCT 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On September 10, 2021, Petitioner Ilya Khmelev filed a Petition for Writ of Mandamus seeking the Department of Public Health and Human Services (the Department) to comply with the mandates of the Kalispell Municipal Court's August 31, 2021 Order Finding Defendant Unfit to Proceed and Committing Defendant to the State Hospital for Restoration or, alternatively, to require the Department to immediately admit Petitioner to some other medically suitable facility for the purpose of restoring Petitioner's fitness to proceed in Kalispell Municipal Court Cause Number KMC TK-21-1322. This Court ordered response to the Petition be filed and responses have now been timely filed as ordered.

Thorough and detailed responses were timely provided by the Flathead County Attorney on behalf of the Flathead County Attorney's Office and the Flathead County Detention Facility, the Department, and the City of Kalispell. As expected, the overall circumstances surrounding Khmelev's criminal and mental health issues and compliance with the Kalispell Municipal Court's August 13, 2021, are more complicated than set forth in the writ application. From the responses it is apparent Khmelev was admitted to the Forensic Mental Health Facility at Galen on September 15, 2021. As such, the basis of

Khmelev's petition and request for relief no longer exists and has been rendered moot.

IT IS THEREFORE ORDERED that the petition for a writ of mandamus is DENIED and DISMISSED as MOOT.

The Clerk is directed to provide a copy of the Order to counsel for Petitioner, all counsel of record in Kalispell Municipal Court, Flathead County, Cause No. KMC TK-21-1322, Kyle Fouts, Adam Meier, the Kalispell City Attorney's Office, the Flathead County Attorney's Office, the Montana Attorney General's Office, the administrator of the Flathead County Detention Center, as well as the Honorable Lori Adams.

DATED this 5 day of October, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2